RECEIVED
BY MAIL
SEP 29 2026
CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Steven Wayne Feldmann

Plaintiff(s),

vs.

Department of Justice
Federal Bureau of Prisons
Federal Medical Center

Case No. 26-cv-4194 JWB/DTS
(To be assigned by Clerk of District Court)

DEMAND FOR JURY TRIAL

YES [X] NO [ ]

Defendant(s).

(Enter the full name(s) of ALL defendants in this lawsuit. Please attach additional sheets if necessary).

## COMPLAINT

PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

   a. Plaintiff Steven Wayne Feldmann

      Name ~~Warden of Federal Medical Center~~

      Street Address PMB 4000

      County, City Olmstead, Rochester

      State & Zip Code Minnesota 55903-4000

      Telephone Number (507) 287-6074

SCANNED
SEP 29 2026 CK
U.S. DISTRICT COURT ST. PAUL

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

   a. Defendant No. 1

      Name Department of Justice (FBOP)

      Street Address PMB 4000

      County, City Olmstead, Rochester

      State & Zip Code Minnesota 59903-4000

   b. Defendant No. 2

      Name

      Street Address

      County, City

      State & Zip Code

   c. Defendant No. 3

      Name

      Street Address

      County, City

      State & Zip Code

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
**Check here if additional sheets of paper are attached:☐**
**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)**

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal Question ☑ Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply.

Violation of my Civil Rights

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

Plaintiff Name: State of Citizenship:

Defendant No. 1: State of Citizenship:

Defendant No. 2: State of Citizenship:

**Attach additional sheets of paper as necessary and label this information as paragraph 5.**
**Check here if additional sheets of paper are attached.** ☐

6. What is the basis for venue in the District of Minnesota? (*check all that apply*)

☑ Defendant(s) reside in Minnesota ☐ Facts alleged below primarily occurred in Minnesota

☐ Other: explain

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered



The Department of Justice and their corruption have been Identity thefting me for the longest. This has and had been involving the Correctional system again I imagine since 1978 in which would involve the city, county, state, and now "Federal" system of law. This would include false incarcerations with the Illegal aliasing of my name and Date of Birth. Federal Identity Theft are the charges to be filed along with Malpractice.

separately, beginning with number 7. Please write each single set of circumstances in a separately numbered paragraph.

7. Alzsing without consent
Wrong name spelled on Civil Dockets Text Sheets.
Wrong name spelled on Minute Orders.
Wrong name spelled on Inmate Admittence Documents,
Wrong name spelled on my Releace Documents.
Illegal punctuations and symbols,
Distrusted Bank Transactions.

**Attach additional sheets of paper as necessary.**
**Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.**

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

Punitive damages exceeding $1,000,000,000,-

Signed this 21st day of September 2026

Signature of Plaintiff [signature]

Mailing Address
Federal Medical Center
PMB 4000
Rochester, MN. 55903-4000

Telephone Number
(507) 287-6074

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.