Steven Wayne Feldmann #75677112
FMC Rochester
Federal Medical Center
PO Box 4000
Rochester, MN 55903-4000

FREEDOM FOREVER/USA
FREEDOM FOREVER/USA
FREEDOM FOREVER/USA

United States District Court
District of Minnesota
Office of the Clerk #100
316 North Robert Street.
St. Paul, MN. 55101

RECEIVED
BY MAIL
SEP 29 2026
CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

X-RAYED BY USMS

SCANNED
SEP 29 2026
U.S. DISTRICT COURT ST. PAUL